# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JIMMY MORGAN,

           Petitioner,

    -vs-

STATE OF OHIO,

           Respondent.

:

:           Case No. 3:06-cv-230

:           District Judge Thomas M. Rose
           Chief Magistrate Judge Michael R. Merz

:

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations and Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. Nos. 5 & 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed to the Supplemental Report and Recommendations and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 14, 2006, hereby ADOPTS said Supplemental Report and Recommendations.

It is therefore ORDERED that this case be dismissed without prejudice for lack of subject matter jurisdiction.

September 25, 2006.                 **\*s/THOMAS M. ROSE**

                                             ————————————————————

                                               Thomas M. Rose
                                 United States District Judge